777 A.2d 1056

SENECA VALLEY SCHOOL DISTRICT, A Second
Class School District of the Commonwealth of
Pennsylvania, Appellee,

v.

Eugene W. HICKOCK, in his Official Capacity as Secretary
of Education, and the Department of Education of the
Commonwealth of Pennsylvania, Appellants.

Karns City Area School District, Mars Area School
District, Brookville Area School District, East
Allegheny School District, Intervenors.

Supreme Court of Pennsylvania.

July 17, 2001.

## *ORDER*

PER CURIAM

And now, this 17th day of July, 2001, Intervenors' motion to dismiss the appellant's emergency application for an order reinstating automatic supersedeas, which we will treat as a motion to vacate our order dated March 1, 2001, reinstating the automatic supersedeas, is granted; the order of the Commonwealth Court is affirmed, and the case is remanded to Commonwealth Court to address the underlying issues on the merits.